PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Martinez                                   Cr.: 03-62

Name of Sentencing Judicial Officer: Katharine Hayden

Date of Original Sentence: 7/22/04

Original Offense: Attempt to Import More than 500 Grams of Cocaine.

Original Sentence: 37 months custody.

Type of Supervision: 4 years supervised release.       Date Supervision Commenced: 1/24/05

Assistant U.S. Attorney: Andrew Kogan                  Defense Attorney: Michael Gilberti

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

                     a) On March 21, 2007, the offender walked out of a court-ordered inpatient drug treatment facility (Integrity House) without authorization to do so.

                     b.) The offender has reverted to drug use as evidenced by his own admission and by drug tests results positive for cocaine and marijuana use on March 1, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas

Senior U.S. Probation Officer
Date: 1/19/07

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer  *Katharine S. Hayden*

3/21/07
Date