# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

    -vs-

**Daniel Martinez**　　　　　　　　　Criminal: 03-82 (KSH)

    Defendant.

**ORDER TO ISSUE A BENCH WARRANT**

This matter having come before the Court for a Violation of Probation hearing, and the defendant, Daniel Martinez after due notice, having failed to appear, and Andrew Kogan, Assistant United States Attorney having requested the Court issue a bench warrant;

It is on this 3RD day of April, 2008,

**O R D E R E D** that a bench warrant be issued for defendant Daniel Martinez for failure to appear.

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN, U.S.D.J.