UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Katharine S. Hayden, U.S.D.J. |
| V.   : | Criminal No. 03-62 (KSH) |
| : | |
| DANIEL MARTINEZ, : | |
| : | **ORDER** |
| Defendant.   : | |

Upon consideration of the Motion of the Office of the Federal Public Defender,(Stacy Ann Biacamano, Assistant Federal Public Defender, appearing), and for good cause shown,

It is on this 10th day of April, 2008

**ORDERED** that the Motion to be appointed counsel be and hereby is GRANTED, and it is further

**ORDERED** that the Office of the Federal Public Defender, is appointed to represent Mr. Daniel Martinez in his pending Federal case.

/s/ Katharine S. Hayden
_____
Honorable Katharine S. Hayden, U.S.D.J.
United States District Court