UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. KATHARINE S. HAYDEN |
| v. | : | Crim. No. 03-62 (KSH) |
| DANIEL MARTINEZ | : | **O R D E R** |

This matter having come before the Court upon allegations that the defendant Daniel Martinez violated certain conditions of his Supervised Release; and the defendant having appeared on June 23, 2008, and entered a plea of guilty to Violation Number One of the Petition for Warrant or Summons; and the Court having heard arguments by the United States (by Andrew D. Kogan, Assistant U.S. Attorney, appearing), and by the defendant (by James Taylor, Esq., appearing); and for good cause shown,

IT IS, on this _1st_ day of July, 2008,

ORDERED that defendant's term of supervised release is revoked; and it is further

ORDERED that defendant is hereby sentenced to nine months' imprisonment, which this Court recommends be served to the fullest extent possible in a federal facility outside the district; and it is further

ORDERED that following the period of incarceration defendant shall be placed on supervised release to and through September 25, 2010; and it is further

ORDERED that Violation Two of the Petition for Warrant or Summons is hereby dismissed.

HON. KATHARINE S. HAYDEN
United States District Judge