UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. KATHARINE S. HAYDEN |
| v. | : | Crim. No. 03-62 (KSH) |
| DANIEL MARTINEZ | : | **A M E N D E D   O R D E R** |

This matter having come before the Court upon allegations that the defendant Daniel Martinez violated certain conditions of his Supervised Release; and the defendant having appeared on June 23, 2008, and entered a plea of guilty to Violation Number One of the Petition for Warrant or Summons; and the Court having heard arguments by the United States (by Andrew D. Kogan, Assistant U.S. Attorney, appearing), and by the defendant (by James Taylor, Esq., appearing); and for good cause shown,

IT IS, on this 21st day of July, 2008,

ORDERED that defendant's term of supervised release is revoked; and it is further

ORDERED that defendant is hereby sentenced to nine months' imprisonment, which this Court recommends be served to the fullest extent possible in a federal facility outside the district; and it is further

ORDERED that the Court recommends that the Bureau of Prisons shall: (1) make arrangements to enable defendant to complete his GED prior to release; (2) administer skills assessment testing on defendant upon defendant's arrival at a federal facility; and (3) provide defendant with appropriate vocational classes available at the federal facility; and it is further

ORDERED that following the period of incarceration defendant shall be placed on supervised release to and through September 25, 2010; and it is further

ORDERED that as part of his supervised release, at the earliest opportunity, defendant shall appear before the Court with his assigned U.S. Probation Officer, who is hereby directed to contact the Court and the A.U.S.A. Kogan for purposes of scheduling that court appearance; and it is further

ORDERED that Violation Two of the Petition for Warrant or Summons is hereby dismissed.

/s/ Katharine S. Hayden

_____
HON. KATHARINE S. HAYDEN
United States District Judge