**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States of America

                Plaintiff(s)     :     Criminal No. 03-62   (KSH)

   vs.     :

                    :     ORDER OF DETENTION

Daniel Martinez

                Defendant(s)    :

      The United States Marshals Service is directed to take the above named defendant into custody pending the filing of this Court's sentencing order on defendant's violation of supervised release.

SO ORDERED

_____
KATHARINE S. HAYDEN     U.S.D.J.

Date: 9/14/09