UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. KATHARINE S. HAYDEN |
| v. | : | Crim. No. 03-62 (KSH) |
| DANIEL MARTINEZ | : | **O R D E R** |

This matter having come before the Court upon allegations that the defendant Daniel Martinez violated certain conditions of his Supervised Release; and the defendant having appeared on September 14, 2009, and entered a plea of guilty to Violation Number One of the Violation of Supervised Release Report; and the Court having heard arguments by the United States (by Andrew D. Kogan, Assistant U.S. Attorney, appearing), and by the defendant (by Michael Gilberti, Esq., appearing); and for good cause shown,

IT IS, on this 6th day of September, 2009,

ORDERED that defendant's term of supervised release is revoked and the defendant is hereby sentenced to nine months' imprisonment; and it is further

ORDERED that Violation Two and Violation Three of the Violation of Supervised Release Report are hereby dismissed.

_____
HON. KATHARINE S. HAYDEN
United States District Judge